# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

ASHLEY N. GIPSON                                                               PLAINTIFF

v.                                      CASE NO. 2:20-CV-2043

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this August 2, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE